**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1419**

LAQUANDRA ERICA ROSS,

Plaintiff - Appellant,

v.

AMANDA CONNER; DWAYNE JONES,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville.  Norman K. Moon, Senior District Judge.  (3:23-cv-00057-NKM)

Submitted:  July 29, 2025                    Decided:  July 31, 2025

Before KING, WYNN, and BERNER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

LaQuandra Erica Ross, Appellant Pro Se. Jeremy David Capps, Brian Peter Ettari, HARMAN CLAYTOR CORRIGAN & WELLMAN, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

LaQuandra Erica Ross appeals the district court's order granting summary judgment to Defendants on Ross's 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Ross v. Conner*, No. 3:23-cv-00057-NKM (W.D. Va. Mar. 25, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*